IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In Re: | Chapter 7 |
| Sidney S. Hodges, II<br>Jayne L. Lobaza-Hodges | Case No. 16-50810 |
| Debtors | Judge Alan M. Koschik |

### TRUSTEE'S MOTION TO EXAMINE PURSUANT TO RULE 2004

Now comes Marc P. Gertz, the duly appointed and acting Trustee in the above-captioned proceeding, and pursuant to Rule 2004 of the Bankruptcy Rules of Procedure, hereby makes application to this Court for an Order requiring Sidney S. Hodges, II and Jayne L. Lobaza-Hodges, 4055 Raymond Dr., Brunswick, OH 44212, to appear before said Trustee on February 3, 2017 at 10:00 a.m. at the law offices of Goldman & Rosen, Ltd., 11 S. Forge St., Akron, OH 44304, for further examination. Debtors are to bring all documentation regarding the payment to Attorney Norman Stark in the amount of $9,924.26 and the title to the Harley Davidson.

WHEREFORE, Marc P. Gertz, Trustee, makes application to this Court for an Order authorizing examination of the above-described Sidney and Jayne Hodges.

/s/ Marc P. Gertz
Marc P. Gertz #0003808
Chapter 7 Trustee
Goldman & Rosen, Ltd.
11 S. Forge St.
Akron, Ohio 44304
(330) 376-8336 – Phone
(330)376-2522 – Fax
mpgertz@goldman-rosen.com

CERTIFICATE OF SERVICE

I certify that on January 12, 2017, a true and correct copy of **Trustee's Motion to Examine Pursuant to Rule 2004** was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Stephen D. Hobt on behalf of debtors, at shobt@aol.com

    US Trustee's Office

And by regular U.S. mail, postage paid, on:

    Sidney and Jayne Hodges at 4055 Raymond Dr., Brunswick, OH  44212


    /s/ Marc P. Gertz
    Marc P. Gertz, #0003808